UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_Evette Calen Feagin_

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

_Christie Todd Whitman_
_Mikkie Sherryll_
_Dorothea Mitchell_
_Lillian Rivers_
_Lee McCloud_
_Jill DeRois Clinton-Whitman_

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

A.   List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name            _President Trump Advisor_
                            _Evette Calen Feagin_
            Street Address  _140 South Orange Avenue, Apt. #1701_
            County, City    _Essex County, Newark_
            State & Zip Code _New Jersey 07103_
            Telephone Number _1 (973) 848-1296_

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: *FORMER N.J. GOVERNOR (Republican)* Christie Todd Whitman
Street Address: NJ GOP 150 West State Street, Suite #230
County, City: ? County, Trenton
State & Zip Code: New Jersey 08608

Defendant No. 2
Name: *N.J. Governor candidate (Democrat)* Mikkie Sherryll
Street Address: DCC - Democrat Congressional Committee 430 South Capital Street, S.E.
County, City: ? County, Washington
State & Zip Code: D.C. 20003

Defendant No. 3
Name: *FORMER Seton Hall Law school Student (Non Graduate)* Dorothea Mitchell
Street Address: 477 South 13th Street
County, City: Essex County, Newark
State & Zip Code: New Jersey 07103

Defendant No. 4
Name: *Essex County Committee Female (Democrat)* Lillian Rivers
Street Address: 140 South Orange Avenue, Apt. #309
County, City: Essex County, Newark
State & Zip Code: New Jersey 07103

(5 & 6 on seperate paper)

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
☐ Federal Questions     ☒ Diversity of Citizenship
☒ U.S. Government Plaintiff     ☐ U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

- 2 -

1. B: (Continued list of defendants in this complaint)

Defendant No. 5      Former Floor Captain
                     Lee McCloud
                     140 South Orange Avenue, Apt. #1703
                     Essex County, Newark
                     New Jersey 07103

Defendant No. 6      Social Worker
                     Jill DeRois Clinton-Whitman
                     140 South Orange Avenue,
                     Social Services Office
                     Essex County, Newark
                     New Jersey 07103

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __Indian__

Defendant(s) state(s) of citizenship __1) Turkish, 2) Turkish, 3) Turkish, 4) Haitian, 5) Haitian, 6) Multi unknown Columbia. All 6 are homosexuals.__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __From home to University Hospital ER Dept. & 2 week Psych. Ward__

B. What date and approximate time did the events giving rise to your claim(s) occur? __From April 2025 – July 2025 off & on.__

C. Facts: __1) Denial of Health, 2) Life, and 3) Personal & 4) Sex Life.__

__Additionally, if Mikkie Sherryll is not elected NJ Governor this November, risk of endangerment of the above 4 issues. If Annibell Bey McCloud is not elected Central Ward Councilwoman this November, risk of endangerment. I had brain injury meaning levels of pain, Vaginal & Rectom Pain. No family involvement, left alone. Sex life with a homosexual for me to agree upon homosexuality. Because of previous court case I saw Eva my sister & Jeffrey my indian son that live in Linden, NJ twice in 2 years. Social Services, Jill DeRois Clinton-Whitman is failing me and only concerned with Dorothea Mitchells & Joseph Feagin's life. The 6 defendants have threatened all 3 of our lives, __, Eva, and Jeffrey for the N.J. Governor's Election which is in 6 weeks. Please intervene me, my sister Eva & indian son Jeffrey need your protection. Will we be safe for this election.__

-3-

→ __Mitt Romney, Senator & Presidential Candidate (Republican) and City of Newark with Mayor because they are democratic.__
→ __Community & University Hospital Community.__

(margin labels: What happened to you? / Who did what? / Was anyone else involved? / Who else saw what happened?)

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Tylenol, Motrin and other medicines for head pain/injury.

Dyflucan and antiboitics for vaginal & rectom disorders. I have never had sex in my annus (additional information).

University Hospital Medical Chart # MRN: 007184500. For April 2025 - July 2025. Also 8/22/25 & 9/15/25.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

1) Because of the continuous risk & endangerment I am asking for the Social Worker Jill DeRois Clinton-Whitman not to work at my residence of living after the election of the N.J. Governor this November no matter what the outcome of the election either Sherryll or Ciattarelli is the winner.

2) Also because of the continuous risk & endangerment I am asking that there will (also this November) be an election of any of the 5 candiates for Central Ward Council person other than Lee McCloud's sister Annabell Bey McCloud. Also be concerned than Christie Todd Whitman is Mikkie Sherryll's sister which is also a conflict w/ multi columbia person Jill DeRois Clinton-Whitman.

3) I am also asking for the safety & life of my sister Eva E'Osher Feagin and indian son Jeffrey David Feagin. Relief also is to consider the killing of Dorothea Mitchell and Joseph Mickeal Feagin for constant and continuous life endangerment of myself &

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _17_ day of _September_, 20_25_.

Signature of Plaintiff: President Trump Advisor Evette Galen Feagin

Mailing Address: 140 South Orange Avenue Apt. #1701 Newark, New Jersey 07103

Telephone Number: 1(973) 848-1296

Fax Number (if you have one): n/a

E-mail Address: Calen.Feagin@yahoo.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: President Trump Advisor Evette Galen Feagin

- 5 -